BOARD OF APPEALS OF SCITUATE *vs.* HOUSING APPEALS COMMITTEE
& another. July 27, 1977. The only two points argued on appeal were
properly decided by the trial judge for the reasons stated in his find-
ings of fact and conclusions of law.

*Judgment affirmed.*

The case was submitted on briefs.
*Walter H. McLaughlin, Jr., & William F. York* for the Board of Ap-
peals of Scituate.
*Francis X. Bellotti,* Attorney General, *& Paula R. Rosen,* Assistant
Attorney General, for the Housing Appeals Committee, *& James G.
Dolan* for the Planning Office for Urban Affairs.